NAME: Mark Johnson
DOC# 147275  BED: K2-216
NCCF LAW LIBRARY - LEGAL MAIL
P.O. BOX A
NEW CASTLE, IN 47362



FIRST-CLASS MAIL
$002.16
11/23/2021 ZIP 47362
043M31215074

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

**FILED**

NOV 29 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
105 BIRCH BAYH
46 E. OHIO STREET
INDIANAPOLIS, IN. 46204

**LEGAL MAIL**
**LEGAL MAIL**